IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Goodrich, Carrie B

Printed: 9/3/08

Case Number: 04 B 40312
Judge: Hollis, Pamela S
Filed: 10/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 27, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 53,900.00 |  |
| Secured: |  | 41,860.44 |
| Unsecured: |  | 4,487.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,749.77 |
| Trustee Fee: |  | 2,654.35 |
| Other Funds: |  | 3,148.17 |
| Totals: | 53,900.00 | 53,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 49.77 | 49.77 |
| 2. | Ledford & Wu | Administrative | 1,700.00 | 1,700.00 |
| 3. | Ford Motor Credit Corporation | Secured | 4,361.22 | 4,361.22 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 32,707.85 | 30,925.49 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 7,441.27 | 6,573.73 |
| 6. | Ford Motor Credit Corporation | Unsecured | 1.84 | 1.84 |
| 7. | Northwestern Memorial Hospital | Unsecured | 1,208.77 | 1,208.77 |
| 8. | National Capital Management | Unsecured | 3,276.66 | 3,276.66 |
| 9. | Medical Collections | Unsecured |  | No Claim Filed |
| 10. | Radiology Consultants Ltd | Unsecured |  | No Claim Filed |
| 11. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 12. | Michael Reese Hospital | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,747.38 | $ 48,097.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 351.00 |
| 4% | 162.00 |
| 3% | 121.50 |
| 5.5% | 668.25 |
| 5% | 202.49 |
| 4.8% | 324.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Goodrich, Carrie B | Case Number:  04 B 40312 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  10/29/04 |

```
                  5.4%              825.09
                                 _____
                              $ 2,654.35
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____